JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KEN MOORHEAD,<br><br>　　　　Defendant. | **Case No. SACV 11-1361-AG (RNBx)**<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

　　　Having considered the parties' Stipulation for Entry of Final Judgment and Permanent Injunction, the court file in this matter, and the applicable law, the Court approves the stipulation and **ORDERS** as follows:

　　　(1)　Defendant Ken Moorhead, and any other person acting in active concert or participation with Defendant, is hereby permanently enjoined from:

   A. circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal;

   B. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

 (2) This permanent injunction takes effect immediately.

 (3) Judgment is entered for DISH Network on Count I of the complaint alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1), Count II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a), and Count III alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520.

 (4) Statutory damages in the amount of $10,000 are awarded to DISH Network in accordance with 18 U.S.C. § 2520(c)(2)(B).

 (5) Each party is to bear its own attorney's fees and costs.

 (6) The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>May 23, 2012</u>

             Hon. Andrew J. Guilford
             United States District Judge